CAIN SCHOOL TOWNSHIP OF FOUNTAIN COUNTY v.
FOXWORTHY ET AL.

[No. 10,311.  Filed April 9, 1920.]

From Fountain Circuit Court; *I. E. Schoonover*, Judge.

Action by Daniel Foxworthy and others against Cain School Township of Fountain County.  From a judgment for plaintiffs, the defendant appeals.  *Affirmed.*

*A. T. Livengood*, for appellant.

*O. S. Douglas* and *J. F. Davidson*, for appellees.

DAUSMAN, J.—The appellees instituted this action to foreclose their statutory lien on real estate owned by appellant.  The board of trustees of the town of Hillsboro, by resolution, ordered the construction of a cement sidewalk on Davidson street.  One of the tracts of real estate abutting the improvement and containing 3.75 acres is owned by appellant.  The averments of the complaint are exactly the same as the averments of the complaint in *Cain School Tp.* v. *Snyder* (1920), *ante* 140, 126 N. E. 686, except as to proper names and amount involved.  Demurrer to complaint was overruled and appellant refused to plead.  Judgment for appellees in the sum of $139.92.  The questions of law presented are the identical questions presented in the Snyder case, and on the authority of that case the judgment herein is affirmed.

---

O'CONNELL v. LOUISVILLE AND SOUTHERN INDIANA
TRACTION COMPANY ET AL..

[No. 10,177.  Filed December 19, 1919.  Rehearing denied April
20, 1920.]

From Floyd Circuit Court; *Alexander Dowling*, Special Judge.

Action between Margaret M. O'Connell and the Louisville and Southern Indiana Traction Company and another.  From the judgment rendered, O'Connell appeals.  *Affirmed.*

*Laurent A. Douglass*, for appellant.

*George H. Voight* and *George H. Hester*, for appellees.

REMY, J.—The question involved in this appeal is the same as that presented in the case of *Wilkie* v. *Reynolds* (1905), 34 Ind. App. 527, 72 N. E. 179, and on the authority of that case the judgment is affirmed.